UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BARBARA MITCHELL

         Plaintiff(s),        Case No. 15-11707

v.        Honorable Robert H. Cleland

ALLSTATE INSURANCE COMPANY

         Defendant(s).
_____/

ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: May 14, 2015        s/Robert H. Cleland
       Robert H. Cleland
       U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Gershwin A. Drain.
Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: May 15, 2015        s/ S Schoenherr
       Deputy Clerk