UNITED STATES DISTRICT COURT
EATERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA MITCHELL, | ) |
| | ) |
| Plaintiff, | ) Case No: 2:15-CV-11707 – RHC EAS |
| v. | ) |
| | ) Removed from Third Circuit Court |
| ALLSTATE INSURANCE COMPANY | ) 5/13/15   14-014948-NF |
| | ) |
| Defendant. | ) Hon. Gershwin Drain |
| | ) |

| | |
|---|---|
| ROBERT N. HESTON (P63934) | PRERANA R. BACON (P69680) |
| ELIA & PONTO, PLLC | MOBLO, FLEMING & WATT, PC |
| Attorney for Plaintiff | Attorney for Defendant Allstate |
| 25800 Northwestern Highway | 39555 Orchard Hill Place |
| Suite 850 | Suite 310 |
| Southfield, MI 48075 | Novi, MI 48375 |
| (248) 595-8579 / (248) 595-8729 [fax] | (734) 542-8400 |
| rheston@eliaandponto.com | pbacon@moblofleming.com |

_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
FOR LACK OF PROSECUTION**

NOW COMES, the Plaintiff Barbara Mitchell, and for her Response to the Court Order to Show Cause provides the following:

1. That Medical providers, PETTWAY-BAYLIS COPRORATION d/b/a RISING STAR HEALTH SERVICES, recently intervened in this matter.

2. That this matter was removed to the Honorable Court by the Defendant in conjunction with the medical providers intervention in the case.

1

3. That since the Intervention, the medical providers have resolved their claims against the Defendant.

4. That the Defendant and this Plaintiff have engaged in conversations to posture this matter for settlement.

5. That Defendant has since filed a Motion for Summary Disposition further posturing this matter for settlement.

6. That the Plaintiff believes that this matter is close to resolution and requests that this court extend the current scheduling order and or schedule a settlement conference to assist the parties in resolving this matter.

Respectfully Submitted,

ELIA & PONTO, PLLC

By: /s/ Robert N. Heston
ROBERT N. HESTON (P63934)
Attorneys for Plaintiff
25800 Northwestern Hwy., Ste. 850
Southfield, MI 48075
(248) 595-8579
(248) 595-8729 [fax]
rheston@eliaandponto.com

Dated: September 30, 2015

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was electronically filed with the Clerk of the Court on September 30, 2015 which ECF system will send notification of such filing to each of the attorneys of record herein at their respective addresses.

/s/ Maxine Feldman

2