UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BARBARA MITCHELL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE<br>COMPANY,<br><br>　　　　　　　Defendant. | Civil Action No. 2:15-cv-11707-GAD-EAS<br><br>**STIPULATION OF VOLUNTARY<br>DISMISSAL OF ANY AND ALL OF<br>PLAINTIFF'S CLAIMS** |

**STIPULATION OF VOLUNTARY DISMISSAL OF ANY AND ALL OF
PLAINTIFF'S CLAIMS**

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties,

BARBARA MITCHELL and ALLSTATE INSURANCE COMPANY and their

respective counsel that any and all of Plaintiff's claims in the above-captioned

matter are voluntarily dismissed, with prejudice, and without attorney's fees, based

on settlement of Plaintiff's claims.  F.R.C.P. 41(a).

**THIS IS A FINAL ORDER AND DISPOSES OF THIS CASE.**

　　　　SO ORDERED.

Date: November 12, 2015　　　　　　　　s/Gershwin A. Drain
　　　　　　　　　　　　　　　　　　　Gershwin A. Drain
　　　　　　　　　　　　　　　　　　　U.S. District Judge

1

Approved as to Form, Substance and Entry:


/s/ Robert Heston

Counsel for Plaintiff BARBARA MITCHELL

Dated: November 9, 2015

/s/ Prerana R. Bacon

Counsel for Defendant ALLSTATE INSURANCE COMPANY

Dated: November 9, 2015